*Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Before Mc-Cormick, J., specially presiding, without a jury.

Submitted April 11, 1974. *John J. Dean,* Chief, Appellate Division, *John H. Corbett, Jr.,* Trial Defender, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Before Carson, Jr., J., without a jury.

Submitted March 18, 1974. *Lee Mandell,* for appellant; *Bonnie Brigance Leadbetter* and *David Richman,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Buford, Appellant.

Before Dandridge, J.